UNITED STATES BANKRUPTCY COURT
Western District of Arkansas
FAYETTEVILLE DIVISION

IN RE: Dennis & Christine Searcy, Debtors

CASE NO:5:03-BK-75531
CHAPTER 13

## NOTICE OF OPPORTUNITY TO OBJECT TO MOTION TO REINSTATE CASE

You are hereby notified that the captioned debtors have filed the attached Motion to Reinstate Case. Objections to the Motion to Reinstate Case must be filed with the Bankruptcy Court at P. O. Box 3097, Fayetteville, AR 72701, in writing within 20 days from the date of this notice, with copies to the attorney for debtors and to the Standing Chapter 13 Trustee, Joyce Bradley Babin, and P. O. Box 8064, Little Rock, AR 72203.

If objections to the Motion to Reinstate Case are filed, they will be set for hearing by subsequent notice. If no objections are received, the Motion to Reinstate Case may be granted without further notice or hearing.

              RESPECTFULLY SUBMITTED,

              Dennis & Christine Searcy

     BY: /S/Jack Martin 89-215
        JACK & HOLLY MARTIN,
        ATTORNEYS AT LAW, P. A.
        2706 American Drive
        Springdale, AR 72764
        (479) 751-5680
        FAX (479) 751-6187
        Attorneys for Debtor

## CERTIFICATE OF MAILING

    I, the abovesigned, hereby certify that copies of the foregoing notice and attached Motion to Reinstate Case have been mailed to:

Chapter 13 Trustee
Joyce Bradley Babin, Trustee
P. O. Box 8064
Little Rock, AR  72203

| | |
|---|---|
| Dept. of Finance & Administration<br>Legal Division<br>P. O. Box 1272<br>Little Rock, AR  72203 | U. S. Attorney, Western District<br>P. O. Box 1524<br>Fort Smith, AR  72902 |
| Employment Security Division<br>Legal Division<br>P. O. Box 2891<br>Little Rock, AR  72203 | Internal Revenue Service<br>Special Procedures Staff<br>Stop 5700-700 W. Capitol Ave.<br>Little Rock, AR  72201 |

and to all creditors whose names and addresses are set forth on the following page(s):

Arkansas Western Gas
P.O. Box 13648
Fayetteville, AR 72703


AT & T
c/o Risk Management
P.O. Box 105153
Atlanta, GA 30348


Bates Emergency Physicians
c/o Cypert, Crouch, Clark
& Harwell
111 Holcomb
Springdale, AR 72765


Bentonville Radilogy
P.O. Box 527
Bentonville, AR 72712


Cingular Wireless
c/o Nationwide Recovery System
2304 Tarpley Drive  #134
Carrollton, TX 75006


Citibank, USA
P.O. Box 740605
Atlanta, GA 30374


Cricket
P.O. Box 210000
Stockton, CA 95269


Discover Card
P.O. Box 3004
New Albany, OH 43054


Health South
c/o National Account Systems
P.O. Box 3678
Fayetteville, AR 72702


Hosto & Buchan, P.L.L.C
Attorneys at Law
P.O. Box 3397
Little Rock, AR 72203

```
IRS
700 W Capitol
STOP 5700 LIT
Little Rock, AR 72201


MBNA
c/o Creditors Interchange
P.O. Box 1335
Buffalo, NY 14240


National Accounts Systems
P.O. Box 3678
Fayetteville, AR 72702


Rose Animal Clinic
1509 SW A St
Bentonville, AR 72712


SE Emergency
P.O. Box850001
Orlando, FL 32885


Sears
c/o MRS Associates
6530 W. Campus Oval
New Albany, OH 43054


Sears
c/o Accounts Solutions Group
P.O. Box 628
Buffalo, NY 14240


Sears
P.O. Box 182149
Columbus, OH 43218


St Mary's Hospital
1200 W. Walnut
Rogers, AR 72756


Wells Fargo
5024 Parkway Plaza Blvd
MAC X5403-012
Charlotte, NC 28217
```

UNITED STATES BANKRUPTCY COURT
Western District of Arkansas
FAYETTEVILLE DIVISION

IN RE: Dennis & Christine Searcy, Debtors

CASE NO:5:03-BK-75531
CHAPTER 13

## MOTION TO REINSTATE CASE

COME NOW the above named debtors, Dennis & Christine Searcy, by and through their attorney, Jack Martin 89-215, of Jack & Holly Martin, Attorneys, P.A., and files this their Motion to Reinstate Case, and state and allege as follows:

1. That Debtors filed a Chapter 13 on August 20, 2003.

2. That Debtors case was recently dismissed for failure to submit tax returns to the Arkansas Department of Finance and Administration.

3. That Debtors recently provided the requested returns and will provide additional information if necessary.

WHEREFORE, Debtors pray that this Court grant Debtors' Motion to Reinstate Case.

RESPECTFULLY SUBMITTED,

Dennis & Christine Searcy

BY: /S/Jack Martin 89-215

JACK & HOLLY MARTIN,
ATTORNEYS AT LAW, P. A.
2706 American Drive
Springdale, AR 72764
(479) 751-5680
FAX (479) 751-6187
Attorneys for Debtor

CERTIFICATE OF SERVICE

      I, Jack Martin 89-215, Attorney for the Debtors, herein, state that I have served a true and correct copy of the above and foregoing pleading by depositing a copy of the same in the U.S. Mail, postage prepaid, addressed to:

Joyce Bradley Babin, Trustee
P. O. Box 8064
Little Rock, AR 72203

on this 26th day of February, 2004.

                                           BY: /S/Jack Martin 89-215