# UNITED STATES BANKRUPTCY COURT
## Western District of Arkansas
## FAYETTEVILLE DIVISION

IN RE: Dennis & Christine Searcy, Debtors     CASE NO: 5:03-75531
                                                                           CHAPTER 13

### ORDER

On March 29, 2004, comes to be heard the debtors' Motion to Reinstate case. No responses or objections being timely filed, it is accordingly ordered that debtors' Motion to Reinstate case is granted.

IT IS SO ORDERED.

_____
Richard D. Taylor
United States Bankruptcy Judge

March 26, 2004

/s/ NR Graf for
_____

Joyce Bradley Babin
Chapter 13 Trustee
All parties in interest

EOD 3/26/04 by
Angie Squires